EUGENE L. WALDO et al., Doing Business under the Firm Name of WALDO & McKELVEY, Respondents, *v.* FEDOR SCHMIDT, Individually and as Surviving Partner of the Firm of REMY, SCHMIDT & PLEISSNER, Appellant.

*Waldo* v. *Schmidt,* 132 App. Div. 929, affirmed.
(Argued January 6, 1911; decided January 27, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1909, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to set aside an account stated as fraudulent and for an accounting.

*Martin L. Stover* and *Edwin Blumenthal* for appellant.

*Clarence De Witt Rogers* and *Samuel C. Steinhardt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.